U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAR 12 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:19-CR-00373-01 |
| | * | |
| VERSUS | * | JUDGE JUNEAU |
| | * | |
| JESSIE C. COMEAUX | * | MAGISTRATE JUDGE WHITEHURST |

### STIPULATED FACTUAL BASIS FOR GUILTY PLEA

NOW INTO COURT, comes the United States Attorney for the Western District of Louisiana, through the undersigned Assistant United States Attorney, and the defendant, JESSIE C. COMEAUX, represented by his undersigned counsel, Aaron A. Adams, and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, hereby stipulate as follows:

On September 23, 2002, in Louisiana's 15th Judicial District Court for the Parish of Vermilion, JESSIE C. COMEAUX ("Comeaux") pleaded "guilty" to violating Louisiana Statutes Annotated, Revised Statute 14:80 ("Carnal Knowledge of a Juvenile").

Following the receipt of a "CyberTipline Report" from the National Center for Missing & Exploited Children indicating that an IP address associated with Comeaux's address utilized an electronic device to access child pornography, law enforcement officials obtained and, on April 1, 2019, executed a search warrant at Comeaux's residence in Kaplan, Louisiana. Comeaux was present at his residence at

certain points during the execution of the search warrant. Pursuant to the search warrant's execution, and at the location, law enforcement officials found and seized an HP laptop bearing serial number CND4461B52, which contained a Seagate 500 gigabyte SATA hard drive bearing serial number S3PHJ93C. An on-scene preview of the computer's hard drive was conducted; it revealed the presence of child pornography on the laptop.

When they encountered him on April 1, 2019, law enforcement officials advised Comeaux of his rights pursuant to *Miranda*, which he waived. Comeaux admitted that he viewed images on the Internet which appeared to display child pornography involving females of ten (10) to twelve (12) years of age. He also stated that he was the primary user of the seized laptop.

Subsequently, a forensic analysis of Comeaux's laptop revealed the presence of forty-two (42) images displaying prepubescent and post-pubescent children engaged in sexually explicit conduct which constituted child pornography. Some of the images showed toddlers appearing to be as young as two (2) years-old being vaginally raped. The forensic analysis of Comeaux's laptop also confirmed that seven (7) of the images had been downloaded on November 22, 2015 by using the Internet. The seven (7) images downloaded on November 22, 2015 included at least one image depicting a prepubescent female performing a sexual act. Further, because the child pornography discovered on Comeaux's laptop traveled over the Internet, it traveled in interstate commerce.

Comeaux stipulates and agrees that he knowingly possessed items that contained child pornography as alleged in Count 2 of the Indictment; that the items were transported using any means or facility of interstate commerce or affecting interstate commerce; and that, when Comeaux possessed the items, he knew that they contained child pornography. Further, the parties agree that Comeaux last possessed the items that contained pornography on April 1, 2019.

The parties stipulate that the offense took place in the Western District of Louisiana.

2/11/2020
Date

JESSIE C. COMEAUX
*Defendant*

2/11/2020
Date

AARON A. ADAMS, La. Bar No. 37006
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
*Counsel for Defendant*

DAVID C. JOSEPH
United States Attorney

Feb. 14, 2020
Date

J. DANIEL SIEFKER, JR.
La Bar No. 34764
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
(337) 262-6618